# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**574**

**KAH 12-00657**

PRESENT: SCUDDER, P.J., SMITH, CENTRA, AND LINDLEY, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK EX REL.
STEPHAN BRIECKE, PETITIONER-APPELLANT,

V                                        MEMORANDUM AND ORDER

NEW YORK STATE DEPARTMENT OF CORRECTIONAL
SERVICES, RESPONDENT-RESPONDENT.

---

NORMAN P. EFFMAN, PUBLIC DEFENDER, WARSAW (ADAM W. KOCH OF COUNSEL),
FOR PETITIONER-APPELLANT.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (MARCUS J. MASTRACCO OF
COUNSEL), FOR RESPONDENT-RESPONDENT.

------------------------------------------------------------------------------------------------

Appeal from a judgment of the Supreme Court, Wyoming County (Mark
H. Dadd, A.J.), entered December 6, 2011 in a habeas corpus
proceeding.  The judgment dismissed the petition.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs.

Memorandum:  Petitioner's appeal from the judgment dismissing his
petition for a writ of habeas corpus has been rendered moot by his
release to parole supervision (*see People ex rel. Baron v New York
State Dept. of Corrections*, 94 AD3d 1410, 1410, *lv denied* 19 NY3d 807;
*People ex rel. Kendricks v Smith*, 52 AD2d 1090, 1090), and the
exception to the mootness doctrine does not apply (*see Baron*, 94 AD3d
at 1410; *see generally Matter of Hearst Corp. v Clyne*, 50 NY2d 707,
714-715).

Entered:  June 7, 2013                          Frances E. Cafarell
                                                Clerk of the Court